UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LOUIS H. WHALEN,<br><br>　　　　　　　Defendant. | 5:22-CR-50016-KES<br><br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

　　　On September 27, 2023, defendant, Louis H. Whalen, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Superseding Information. The Superseding Information charges Whalen with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(c). Docket 54. The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

　　　ORDERED that the report and recommendation (Docket 58) is adopted. The defendant is adjudged guilty of Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(c).

　　　It is FURTHER ORDERED that the sentencing hearing in this matter will be held on January 26, 2024 at 9:00 p.m. in Rapid City Courtroom 2.

　　　Dated October 3, 2023.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE